In the Matter of the Claim of SUSAN MATA, Respondent, against PHOENIX CONSTRUCTION ASSOCIATES, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 10, 1940; decided April 26, 1940.

*George S. Collins* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.